**COM.**

v.

**WHITAKER, L.**

**2720 EDA 2015**

Superior Court of Pennsylvania.

08/15/2017

CP–51–CR–0006995–2014
(Philadelphia)

Affirmed

**COM.**

v.

**HALL, T.**

**3670 EDA 2015**

Superior Court of Pennsylvania.

08/15/2017

CP–51–CR–0013587–2013
(Philadelphia)

Affirmed

**COM.**

v.

**WILEY, J.**

**3667 EDA 2015**

Superior Court of Pennsylvania.

08/15/2017

CP–51–CR–0003396–2015
(Philadelphia)

Reversed

**MARTIN, J.**

v.

**VILLA, B.**

**95 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

2015–C–406
(Lehigh)

Vacated/Remanded